| | CAMAS ATTORNEY LABOR 17-CV-8577 (WHP) | | | | | | |
|---|---|---|---|---|---|---|---|
| **Date** | **Activity/Service Summary** | **By** | **Amount of Time** | **Hourly Rate** | | **Total** | |
| 10/10/2017 | Met with Mr. Camas for a case intake. Executed retainer agreement. Discussed strategy going forward. | AU | 1 | $ | 400.00 | $ | 400.00 |
| 10/13/2017 | Received documents from client including checks paid and timesheets of hours worked; went over same. | AU | 1 | $ | 400.00 | $ | 400.00 |
| 10/27/2017 | Drafted complaint and sent same to client for review | AU | 4 | $ | 400.00 | $ | 1,600.00 |
| 11/3/2017 | Discussed draft complaint with client. | AU | 0.5 | $ | 400.00 | $ | 200.00 |
| 11/3/2017 | Revisions to draft complaint based on client's edits; discussion with clients regarding filing suit and what to expect | AU | 0.5 | $ | 400.00 | $ | 200.00 |
| 11/6/2017 | Filed Complaint and initiating docs via ecf | AU | 0.2 | $ | 400.00 | $ | 80.00 |
| 11/9/2017 | Provided process server with  issued S&C for service | AU | 0.3 | $ | 400.00 | $ | 120.00 |
| 11/16/2017 | Reviewed Court Order for Initial Pretrial Conference | AU | 0.3 | $ | 400.00 | $ | 120.00 |
| 11/27/2017 | Conference call with client regarding settlement prospective | AU | 0.5 | $ | 400.00 | $ | 200.00 |
| 11/28/2017 | Conference call with Steven Kaplan ("SK"), attorney for Defendant. Discussed case and settlement prospects | AU | 1 | $ | 400.00 | $ | 400.00 |
| 12/4/2017 | Drafted e-mail to SK providing initial settlement demand and breakdown. | AU | 0.3 | $ | 400.00 | $ | 120.00 |
| 12/4/2017 | Reviewed and executed Stipulation to Extend Defendant's Time to Answer | AU | 0.2 | $ | 400.00 | $ | 80.00 |
| 12/8/2017 | Emails with SK regarding scheduling Conference call | AU | 0.2 | $ | 400.00 | $ | 80.00 |
| 12/14/2017 | Conference call with SK regarding settlement | AU | 0.5 | $ | 400.00 | $ | 200.00 |
| 12/14/2017 | Conference call with client regarding settlement discussions and demand | AU | 0.5 | $ | 400.00 | $ | 200.00 |
| 12/27/2017 | Conference call with SK; agreed to settle for $20,000 and discussed payment terms. | AU | 0.5 | $ | 400.00 | $ | 200.00 |
| 12/27/2017 | Conference call with client regarding settlement terms | AU | 0.3 | $ | 400.00 | $ | 120.00 |
| 1/16/2018 | Received Draft Settlement Agreement from Defendants; reviewed same . | AU | 1 | $ | 400.00 | $ | 400.00 |
| 1/16/2018 | Conference call with client regarding settlement agreement terms; client agreed to same | AU | 0.5 | $ | 400.00 | $ | 200.00 |
| 1/16/2018 | Email to SK accepting Defendant's settlement terms | AU | 0.2 | $ | 400.00 | $ | 80.00 |

| Date | Summary | By | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/17/2018 | Reviewed and executed Second Stipulation extending Defendant's time to Answer the Complaint | AU | 0.2 | $ 400.00 | $ 80.00 |
| 1/19/2018 | Conference call with client regarding tax forms; emailed client W4 to execute | AU | 0.5 | $ 400.00 | $ 200.00 |
| 1/22/2018 | Began Draft of motion for settlement and fairness letter | AU | 2 | $ 400.00 | $ 800.00 |
| 1/23/2018 | Met with client to execute settlement agreement | AU | 0.7 | $ 400.00 | $ 280.00 |
| 1/25/2018 | Received Settlement Agreement executed by Defendants; reviewed same | AU | 0.1 | $ 400.00 | $ - |
| 1/30/2018 | Finalized Draft of motion for settlement and fairness letter to the Court; discussed same with Client. | AU | 1.5 | $ 400.00 | $ 600.00 |
| 1/30/2018 | Conference call with client to discuss motion for settlement and fairness letter to Court | AU | 0.3 | $ 400.00 | $ 120.00 |
| 1/31/2018 | Filed Settlement Motion with the Court | AU | 0.2 | $ 400.00 | $ 80.00 |
| | | | | | |
| | | | 19 | Total Fees | $ 7,560.00 |
| | | | | | |
| | **Rivera EXPENSES** | | | | |
| **Date** | **Summary** | **By** | **Total** | | |
| 11/6/2017 | SDNY Filing Fee for Complaint | AU | $400.00 | | |
| 11/17/2017 | Process Service - Service on Defendants | AU | $55.00 | | |
| 11/20/2017 | Process Service - Service on Secretary of State | AU | $87.00 | | |
| | | | | | |
| | | | | | |
| | Total Invoice Amount | | $542.00 | | |