# LAW OFFICE OF YURIY MOSHES, P.C.

*Please reply to our NEW YORK CITY office*

| | | |
|---|---|---|
| 322 West 48th Street, 6th FL<br>New York, NY 10036 | 111 Northfield Ave, Suite 208A<br>West Orange, NJ 07052 | 517 Brighton Beach Ave., 2nd Floor<br>Brooklyn, NY 11235 |

Tel. (888) 445-0234 Fax: (646) 843-7570

_____

| | |
|---|---|
| Yuriy Moshes, Esq.<br>Alex Umansky, Esq.<br>*Members of NJ and NY Bar.* | Gennady Litvin, Esq.<br>Jeffrey T. Rosenberg, Esq.<br>*Members of NY Bar.* |

February 16, 2018

**VIA ECF**
Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> Re: **Camas v. Tutto Bene Restaurant, Inc.**
> **17-CV-08577 (WHP)**

Your Honor:

    We represent Plaintiff Luis Camas in the above-referenced action. Pursuant to the Court's Order, dated February 9, 2018, Plaintiff hereby submits a revised settlement agreement for the Court's review. (See Exhibit A). Should the Court conclude that the revised settlement agreement is acceptable, Plaintiff encloses, as Exhibit B, a proposed Order for settlement approval.

    We thank the Court for its consideration of this request and assistance in this matter.

Respectfully submitted,

/s/

Alex Umansky (AU7961)

cc: (Via e-mail & ECF)
Steven Kaplan, Esq.